# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOSHUA PAYNE, :
:
**Plaintiff** :
:
v. : 3:12-CV-1932
: **(JUDGE MARIANI)**
JOHN WETZEL, et al., :
:
**Defendant** :

## ORDER

AND NOW, THIS 9th DAY OF JULY, 2015, upon *de novo* review of Magistrate Judge Carlson's Report & Recommendation (Doc. 68), Plaintiff's Objections thereto (Doc. 70), and Plaintiff's Motion to Serve Complaint (Doc. 67), **IT IS HEREBY ORDERED THAT:**

1. The Report & Recommendation (Doc. 68) is **ADOPTED** for the reasons stated therein.

2. Plaintiff's Objections (Doc. 70) are **OVERRULED**.

3. Plaintiff's Motion to Serve Complaint (Doc. 67) is **GRANTED IN PART AND DENIED IN PART** as follows:

    a. The Fourth Amended Complaint (Doc. 63) shall be served on Defendants Murray, Southers, Henry, Chambers, Zwerzyna, Carberry, Whalen, Winfield, Martin, and Coppoza.

    b. Defendants DePew, Digby, Miller, Kalsky, Kcompt, Pohlmuller, Moore, Beard, and John are **DISMISSED WITH PREJUDICE**.

4. The case is **REMANDED** to Magistrate Judge Carlson for further proceedings consistent with this Order.

*[signature]*
Robert D. Mariani
United States District Judge