IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOSHUA PAYNE,

    Plaintiff

v.

JOHN WETZEL, et al.,

    Defendant

3:12-CV-1932
(JUDGE MARIANI)

## ORDER

AND NOW, THIS 9th DAY OF AUGUST, 2017, upon review of Magistrate Judge Carlson's Report & Recommendation ("R&R") (Doc. 121) for clear error or manifest injustice,[1]

**IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 131) is **ADOPTED** for the reasons stated therein.

2. Defendants Winfield, Martin, and Capozza's Motion for Summary Judgment (Doc. 111) is **GRANTED**.

3. Judgment is hereby entered **IN FAVOR** of Defendants Winfield, Martin, and Capozza and **AGAINST** Plaintiff Payne.

4. The Clerk of Court is directed to **CLOSE** the above-captioned action.

Robert D. Mariani
United States District Judge

---

[1] Objections to the R&R were originally due by May 30, 2017. On May 30, 2017, Plaintiff requested an extension of time to file objections (Doc. 122) which the Court granted, ordering Plaintiff to file any objections on or before June 20, 2017 (Doc. 123). As of the date of this Order, Plaintiff has failed to file any objections.